UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT MARTIN, on behalf of himself<br>and all others similarly situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS U.S.A., INC.,<br>LG ELECTRONICS, INC.,<br>HITACHI-LG DATA STORAGE, INC.,<br>CYBERLINK.COM CORP.,<br>CYBERLINK CORP., and<br>JOHN DOES 1 through 20,<br><br>                 Defendants. | Case No. 3:14-cv-00083-wmc<br><br>Hon. William M. Conley<br><br>Magistrate Judge Stephen L. Crocker |

**AGREED MOTION FOR EXTENSION OF TIME
TO MOVE, ANSWER, OR OTHERWISE PLEAD**

Defendants Cyberlink Corp. and Cyberlink.com Corp. (collectively, "Cyberlink"), by its undersigned counsel, respectfully move this Court for an agreed upon extension of time up to and including June 4, 2014, to move, answer, or otherwise plead in response to Plaintiff's Complaint. In support thereof, Cyberlink states as follows:

1. Plaintiff filed his Complaint on February 8, 2014.

2. Cyberlink waived service of summons on March 10, 2014, extending the deadline for Cyberlink to file and serve an answer or motion under Rule 12 to April 21, 2014.

3. On March 18 and 19, 2014, this Court reset the deadline for Cyberlink to file and serve an answer or motion under Rule 12 to May 27, 2014.

4. By this Motion, Cyberlink seeks an extension of time up to and including June 4, 2014, to move, answer, or otherwise plead in response to Plaintiff's Complaint.

5. In an effort to streamline litigation, counsel for Cyberlink and counsel for Plaintiff have engaged to provide informal discovery and have initiated discussions concerning matters pertinent to Plaintiff's claims.

6. Counsel for Plaintiff has no objection to the requested extension of time, provided that no prejudice results in the event that time is needed for Plaintiff to conduct extensive formal, as opposed to informal, discovery.

7. No previous extensions of time have been requested by Cyberlink.

8. This Motion is not brought for purposes of delay or for any other improper purposes.

WHEREFORE, for the foregoing reasons, Defendants Cyberlink Corp. and Cyberlink.com Corp. respectfully request that this Court enter an order granting it an agreed upon extension of time up to and including June 4, 2014, to move, answer, or otherwise plead in response to Plaintiff's Complaint.

Dated: April 8, 2014               Respectfully submitted,

                                    Cyberlink Corp. and Cyberlink.com Corp.

                                    By:          /s/ Joseph C. Wylie II
                                            One of Their Attorneys

Joseph C. Wylie II
K&L Gates LLP
Three First National Plaza
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: 312.807.4439

Fax: 312.827.8108

## **CERTIFICATE OF SERVICE**

Joseph C. Wylie II, an attorney, hereby certifies that a true and correct copy of the above and foregoing **Agreed Motion for Extension of Time to Move, Answer, or Otherwise Plead** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) on this 18th day of April 2014 to the following:

Frank J. Jablonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703
(608) 258-8511

Elizabeth Roberson-Young
Ilan Chorowsky
Progressive Law Group, LLC
1 N. LaSalle Street, Suite 2255
Chicago, IL 60602
(312) 787-2712

              _____/s/ Joseph C. Wylie II_____
                   Joseph C. Wylie II